# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EDDIE JIMENEZ,

      Plaintiff,

    v.

HD SUPPLY MANAGEMENT, LLC, et al,

      Defendants.

Case No. 2:25-cv-06508-SB-AGR

**ORDER TO DISMISS ACTION WITH PREJUDICE**

The parties' joint stipulation for dismissal (Dkt. No. 22) is granted.  This action is dismissed with prejudice in its entirety.

Dated: February 20, 2026

_____
Stanley Blumenfeld, Jr
United States District Judge

*Case No. 2:25-cv-06508-SB-AGR*
*Jimenez v. HD Supply – [Proposed] Order*